**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7693

NIGEL MACCADO,

Plaintiff - Appellant,

versus

CAPTAIN KANE; STEVE WILLIAMS, Warden of
Dorchester County Jail,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-04-479-AW)

Submitted:  February 9, 2005      Decided:  February 16, 2005

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nigel MacCado, Appellant Pro Se.  Kevin Bock Karpinski, Matthew
Douglas Peter, ALLEN, KARPINSKI, BRYANT & KARP, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nigel MacCado appeals the district court's order granting summary judgment for the Defendants on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>MacCado v. Kane</u>, No. CA-04-479-AW (D. Md. Oct. 7, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>